IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBBIE HEVERLING,** *et al.*, | : | CIVIL ACTION NO. 1:16-CV-600 |
| | : | |
| Plaintiffs | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **MCNEIL CONSUMER PHARMACEUTICALS, CO./FORT WASHINGTON, PA.,** *et al.*, | : | |
| | : | |
| Defendants | : | |

# ORDER

AND NOW, this 23rd day of February, 2017, upon consideration of the motion (Doc. 12) to dismiss by defendant McNeil Consumer Pharmaceuticals, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 12) to dismiss is GRANTED as follows:

    a. Plaintiffs' hostile work environment claim is DISMISSED with prejudice.

    b. Plaintiffs' Title VII claim, Pennsylvania Human Relations Act claim, and wrongful termination claim are DISMISSED without prejudice.

2. Plaintiffs are granted leave to amend their pleading within twenty (20) days of the date of this order, consistent with paragraph 1 above. In the absence of a timely filed amended complaint, the Clerk of Court shall close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania